**Debra MAYNARICH, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD Respondent.**

No. 00–3368.

United States Court of Appeals, Federal Circuit.

May 4, 2001.

Before RADER, GAJARSA, and DYK, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.